## Elmhurst Lumber and Coal Company v. John H. Alke and Anna Alke, Appellants. Sigismondo Sinibaldi, Intervening Petitioner, Appellee.
## Elmhurst Lumber and Coal Company v. John H. Alke and Anna Alke, Appellants. Paul Grusecki, Intervening Petitioner, Appellee.

### Gen. No. 9,906.

Heard in this court at the October term, 1943; opinion filed February 16, 1944. Rathje & Woodward, for appellants; John S. Woodward, of counsel; George W. Thoma,

for appellee Sigismondo Sinibaldi; Edwin O. Linden, of counsel; Weaver & Weaver, for intervening petitioner Paul Grusecki; Edwin R. Farrar, of counsel. Opinion by Presiding Justice Dove. Not to be published in full.